RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

JONATHAN S. PASTERNAK
ERICA R. FEYNMAN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11
                                                                    Case No. 10 B 10956( )
NIGHTLIFE ENTERPRISES, L.P.
d/b/a China Club,

                            Debtor.

-----------------------------------------------------------X

## DECLARATION OF DANIEL FRIED
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

DANIEL FRIED, being duly sworn, deposes and says:

1. I am the president of Late Night Management, Inc., the sole general partner of Nightlife Enterprises, L.P. d/b/a China Club (the "Debtor"), a New York limited partnership.

2. Part I of this Affidavit describes the Debtor's business and circumstances leading to the commencement of the chapter 11 case. Part II provides the balance of the information required by Local Bankruptcy Rule 1007-2.

# PART I

# BACKGROUND

**Local Rule 1007-2(a)(1)**

3. The Debtor owns and operates "China Club", a well known nightlife and entertainment club in the Manhattan Theatre district located at 268 W. 47th Street, New York, New York 10036 (the "Premises").

4. The Debtor formed in 1996, when it raised significant capital and built out the Premises, which opened for business in 1997. The Debtor offers nightclub, entertainment, catering and corporate event services on the Premises.

5. The Debtor began to experience a significant downturn in business in late 2007 due to the overall downturn in the economy, compounded by the layoffs at Lehman Brothers, many of whose employees were regular customers at the club.

6. Concomitantly, the Debtor's catering and corporate event business also greatly suffered from the economic downturn and recession plaguing Wall Street and Manhattan in general.

7. In addition to the downturn and drastic reduction in business, the club has continuously needed renovation and upkeep.

8. To that end, the Debtor was required to borrow $1,000,000 for renovations from 2 separate groups of lenders in 2009, which loans remain due and outstanding to date.

9. Compounding problems is a pending lawsuit brought by a party claiming to be a partial assignee of the Debtor's deceased limited partner, Michael Mathias, seeking significant recovery on account of such alleged limited partner interest.

10. Notwithstanding the continued economic downturn, the Debtor believes its business can once again be viable and profitable and desires to reorganize its affairs through the protections afforded under Chapter 11 of the Bankruptcy Code.

## PART II

## LOCAL RULE 1007-2(a)

### Local Rule 1007-2(a)(2)

11. This case was not originally commenced under Chapter 7 or 13 of the Bankruptcy Code.

### Local Rule 1007-2(a)(3)

12. No committee was organized prior to the order for relief being entered.

### Local Rule 1007-2(a)(4)

13. A list of the Debtor's twenty largest unsecured creditors is annexed hereto as Exhibit "A".

### Local Rule 1007-2(a)(5)

14. A list of the Debtor's five largest secured creditors is annexed hereto as Exhibit "B.

### Local Rule 1007-2(a)(6)

15. A summary of the Debtor's assets and liabilities is annexed as Exhibit "C".

### Local Rule 1007-2(a)(7)

16. The Debtor does not have any publicly held shares of stock, debentures or other securities.

**Local Rule 1007-2(a)(8)**

17. None of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor, or agent for such entity.

**Local Rule 1007-3(a)(9)**

18. The Debtor operates its business at 268 W. 47th Street, New York, NY 10036.

**Local Rule 1007-2(a)(10)**

19. The Debtor's assets, books and records are located at 268 W. 47th Street, New York, NY 10036.

**Local Rule 1007-2(a)(11)**

20. A schedule of pending litigation involving the Debtor is annexed hereto as Exhibit "D".

**Local Rule 1007-2(a)(12)**

21. The Debtor's senior management is comprised of Daniel Fried and Michael Barrett, who are the sole directors and officers of Late Night Management, Inc., the Debtor's sole general partner.

**Local Rule 1007-2(b)(1)**

22. The estimated weekly gross payroll to employees (exclusive of officers, directors, stockholders and partners) for the thirty (30) day period following the filing of the chapter 11 petition is $20,000.

**Local Rule 1007-2(b)(2)**

23. The estimated amount to be paid for services to the officers of the Debtor's general partner for the thirty (30) day period following the filing of the Chapter 11 petition is $18,000.

**Local Rule 1007-2(b)(3)**

24. A schedule of the Debtor's estimated receipts or disbursements during the next thirty (30) days is annexed hereto as Exhibit "E.

**Conclusion**

25. In addition to the foregoing, a copy of the partner resolution authorizing the filing of the instant Chapter 11 petition is annexed as Exhibit "F".

26. A list of all general and limited partners is annexed as Exhibit "G".

27. The Debtor believes it is in the best interests of all of its creditors that it be afforded an opportunity to reorganize its obligations in Chapter 11.

28. The needs and interests of the Debtor and its creditors will best be served by the Debtor's possession of its assets and management of its affairs as a Debtor-in-Possession under Chapter 11 until confirmation of a reorganization plan.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 15, 2010

/s/_____
Daniel Fried, President
Late Night Management, Inc.
General Partner

# EXHIBIT "A"

## TWENTY LARGEST UNSECURED CREDITORS*

* List does not include insiders within the meaning of 11 U.S.C. Section 101(14)

SEE ATTACHED

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Nightlife Enterprises, L.P.**  
                  Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| New Gold Equities Corp.<br>c/o BLDG Management<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | New Gold Equities Corp.<br>c/o BLDG Management<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | | | 419,359.00 |
| Times Square Events Corp.<br>3 Consuelo Place<br>Oakdale, NY 11769 | Times Square Events Corp.<br>3 Consuelo Place<br>Oakdale, NY 11769 | | Contingent<br>Disputed | 335,000.00 |
| Biancone & Willinsky, LLP<br>230 Park Avenue, Ste 606<br>New York, NY 10169 | Biancone & Willinsky, LLP<br>230 Park Avenue, Ste 606<br>New York, NY 10169 | | | 127,883.21 |
| NYS Department of Tax & Financ<br>Bankruptcy/Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Department of Tax & Financ<br>Bankruptcy/Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | | 120,000.00 |
| AFCO<br>P.O. Box 360572<br>Pittsburgh, PA 15250 | AFCO<br>P.O. Box 360572<br>Pittsburgh, PA 15250 | | | 96,272.00 |
| Chase<br>800 Brooksedge Blvd<br>Columbus, OH 43081 | Chase<br>800 Brooksedge Blvd<br>Columbus, OH 43081 | Loan | | 61,094.00 |
| Premium Supply Co., Inc.<br>960 Grand Blvd<br>Deer Park, NY 11729 | Premium Supply Co., Inc.<br>960 Grand Blvd<br>Deer Park, NY 11729 | | | 60,042.66 |
| Zaremba Brownell & Brown<br>40 Wall Street, 28th Fl.<br>New York, NY 10005 | Zaremba Brownell & Brown<br>40 Wall Street, 28th Fl.<br>New York, NY 10005 | | | 55,131.31 |
| Rothstein, Kass & Company, PC<br>4 Becker Farm Road<br>Roseland, NJ 07068-1785 | Rothstein, Kass & Company, PC<br>4 Becker Farm Road<br>Roseland, NJ 07068-1785 | | | 38,353.00 |
| M&M Sanitation Corp.<br>P.O. Box 497<br>Kearny, NJ 07032 | M&M Sanitation Corp.<br>P.O. Box 497<br>Kearny, NJ 07032 | | | 28,825.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Nightlife Enterprises, L.P.**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Supreme Security Systems, LTD<br>42-09 47th Avenue, Ste 4L<br>Long Island City, NY 11104 | Supreme Security Systems, LTD<br>42-09 47th Avenue, Ste 4L<br>Long Island City, NY 11104 | | | 21,090.35 |
| BMI General Licensing<br>P.O. Box 406741<br>Atlanta, GA 30384-6741 | BMI General Licensing<br>P.O. Box 406741<br>Atlanta, GA 30384-6741 | | | 20,874.00 |
| Universal X Sports, Ltd<br>309 E. 9th Street #5-B<br>New York, NY 10003 | Universal X Sports, Ltd<br>309 E. 9th Street #5-B<br>New York, NY 10003 | | | 20,593.75 |
| Equity Investors Corp.<br>1040 Avenue of the Americas<br>18th Floor<br>New York, NY 10018 | Equity Investors Corp.<br>1040 Avenue of the Americas<br>18th Floor<br>New York, NY 10018 | | | 18,750.00 |
| Steven Pevner<br>The Saint At Large<br>382 Lafayette Street, 8th Fl.<br>New York, NY 10003 | Steven Pevner<br>The Saint At Large<br>382 Lafayette Street, 8th Fl.<br>New York, NY 10003 | | | 14,200.00 |
| Vend Lease Company, Inc.<br>8100 Sandpiper Circle, Ste 300<br>Baltimore, MD 21236 | Vend Lease Company, Inc.<br>8100 Sandpiper Circle, Ste 300<br>Baltimore, MD 21236 | | | 13,468.00 |
| Fairmont Insurance Brokers Ltd<br>Fairmont Insurance<br>1600 60th Street<br>Brooklyn, NY 11204 | Fairmont Insurance Brokers Ltd<br>Fairmont Insurance<br>1600 60th Street<br>Brooklyn, NY 11204 | | | 12,003.00 |
| GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | | | 11,354.00 |
| Pest Away Exterminating, inc.<br>2067 Broadway Room 68<br>New York, NY 10023 | Pest Away Exterminating, inc.<br>2067 Broadway Room 68<br>New York, NY 10023 | | | 9,595.58 |
| Unitec Elevator Company<br>P.O. Box 33106<br>Newark, NJ 07188-0130 | Unitec Elevator Company<br>P.O. Box 33106<br>Newark, NJ 07188-0130 | | | 9,218.74 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Nightlife Enterprises, L.P.**
　　　　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President, Late Night Management, Inc. G.P. of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 24, 2010**　　　　　　Signature  **/s/ Daniel Fried**
　　　　　　　　　　　　　　　　　　　　　　　　**Daniel Fried**
　　　　　　　　　　　　　　　　　　　　　　　　**President, Late Night Management, Inc. G.P.**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# EXHIBIT "B"

## FIVE LARGEST SECURED CREDITORS

| | |
|---|---|
| S& D Motor Corp.<br>(Disputed) | $500,000 |
| Daniel Fried, Michael Barrett and Kevin Berg as participants | $500,000 |
| NYS Dept. of Taxation and Finance | $120,000 |
| Karen Polo | $50,000 |
| Kenneth Fried | $25,000 |

# EXHIBIT "C"

## SUMMARY OF ESTIMATED ASSETS AND LIABILITIES AS OF FEBRUARY 15, 2010

ASSETS:

| | |
|---|---|
| Leasehold and Improvement | $2,000,000 |
| Cash On Hand | $15,000 |
| Due From Caterer | $10,000 |
| Security Deposits | $65,000 |
| TOTAL ASSETS: | 2,090,000 |

LIABILITIES:

| | |
|---|---|
| Secured Notes Payable | $1,100,000 |
| Sales Tax Payable | $120,000 |
| Due To Landlord | $400,000 |
| Unsecured Notes Payable | $200,000 |
| Accounts Payable – Vendors | $700,000 |
| Accounts Payable – Disputed | $1,800,000 |
| Disputed limited Partner Claim | $1,000,000 |
| Accrued Expense – Catering Entity | $330,000 |
| Accrued Expenses – Professional Fees | $130,000 |
| Subordinated Notes – Limited Partners | $1,110,000 |
| TOTAL LIABILITIES: | $6,880,000 |

8

## EXHIBIT "D"

## PENDING LAWSUITS

Tatalovic v. Nightlife Enterprises, L.P., Et Al.,
Index No. 102297/06. Supreme Court, New York County

Coulter, Et Al. v. China Club (sic), Et Al.,
Index No. 41896/07, Supreme Court, Kings County

Delacruz, Et Al. v. Nightlife Enterprises, L.P., Et Al.,
Index No. 102532/07, Supreme Court, New York County

Fernandez v. Nightlife Enterprises, L.P., Et Al.,
Index No. 118261/06, Supreme Court, New York County

Gola v. China Club, Et Al.
Index No. 31303/08, Supreme Court, Kings County

Gonzalez v. Nightlife Enterprises,
Index No. 111248/09 Supreme Court, New York County

Harris v. IG Greenpoint Corp, Et Al,
Index No. 100776/07
Supreme Court, New York County

Cuttonaro v. Nightlife Enterprises Inc.
Index No.94/09, Supreme Court, Queens County

# EXHIBIT "E"
## 30 DAY ESTIMATED RECEIPTS AND DISBURSEMENTS

**RECEIPTS:**

| | |
|---|---|
| Club Revenue | $140,000 |
| Catering Revenues | $50,000 |
| TOTAL RECEIPTS: | $190,000 |

**DISBURSEMENTS:**

| | |
|---|---|
| Rent | $37,000 |
| RE Taxes | $13,000 |
| Sales Taxes | $10,000 |
| Non-Officer Payroll (gross) | $20,000 |
| Officer Payroll (gross) | $18,000 |
| Utilities | $8,000 |
| Liquor Supplies | $10,000 |
| Catering Related Supplies/Expenses | $50,000 |
| Equipment Leases | $5,000 |
| Car Leases, Insurance, Garage | $4,100 |
| General Insurance | $12,000 |
| Health Insurance | $4,000 |
| TOTAL DISBURSEMENTS: | $191,100 |

# EXHIBIT "F"

## PARTNER RESOLUTION

The undersigned, the president of Late Night Management, Inc., the sole general partner of Late Night Management, Inc., the general partner of Nightlife Enterprises, L.P., a limited partnership organized under the laws of the State of New York (the "Company"), does hereby certify that at a duly called meeting of the Board of Directors held on the 15th day of January, 2010, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Company, it is desirable and in the best interests of the Company, that its officers be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the Company upon such date, and in the event, in their discretion, such action should become necessary for the protection of the Company and the preservation of its assets without further notice to the officers of the Company; and it is further

RESOLVED, that the Officers of the Company, or any of them, be and they hereby are authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Rattet, Pasternak & Gordon-Oliver, LLP, and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."

**IN WITNESS WHEREOF,** I have hereunto set my hand, this 22nd day of January, 2010.

/s/
Daniel Fried, President
Late Night Management, Inc., General Partner

# EXHIBIT "G"

## Schedule of Equity Owners

GENERAL PARTNER:

Late Night Management, Inc.
(Shareholders: Daniel Fried – 50% and Michael Barrett – 50%)

LIMITED PARTNERS:

Late Night Management, Inc. – 85%
Estate of Michael Mathias – 10%
Kevin Berg – 5%